UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 20-7793-DMG (JPRx)** | Date | July 26, 2021 |
| Title | ***Ronald Smart v. Walmart Inc., et al.*** | Page | 1 of 2 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings: IN CHAMBERS - ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT IMPOSE SANCTIONS ON THE PARTIES' COUNSEL**

Pursuant to this Court's Scheduling and Case Management Order Re Jury Trial ("Case Management Order"), filed November 2, 2020, the parties were required to file their Joint Status Report re Settlement, Proposed Pretrial Conference Order, Contentions of Fact and Law, Pretrial Exhibit Stipulation, Joint Exhibit List, Witness Lists and Joint Trial Witness Time Estimate Form, Agreed Statement of the Case, Proposed Voir Dire Questions, Joint Statement of Jury Instructions and Joint Statement of Disputed Instructions, and Verdict Forms ("Pretrial Documents") by July 20, 2020, in preparation for the Pretrial Conference set for August 10, 2021. [Doc. # 13.]

To date, the parties have not filed *any* of these documents. Nor have the parties indicated whether they complied with the Court's Order that they engage in mediation. Plaintiff's and Defendant's respective attorneys are hereby **ORDERED TO SHOW CAUSE** why the Court should not impose sanctions upon them for their failure to comply with a Court Order. The attorneys' joint response to this Order shall be filed **by August 2, 2021**.

**IT IS SO ORDERED.**


On November 2, 2020, the Court ordered the parties participate in a mediation conference by July 13, 2021. [Doc. # 12.] As required by the Court's November 2, 2020 Order, a joint status report re settlement was due seven (7) days after the mediation conference. To date, a joint status report re settlement has not been filed.

IT IS HEREBY ORDERED that the parties show cause in writing no later than **August 2, 2021**, why sanctions should not be imposed for failure to comply with the Court's Order. The filing of a joint status report re settlement by the deadline will be deemed a satisfactory response.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV 20-7793-DMG (JPRx) | Date | July 26, 2021 |
|---|---|---|---|
| Title | *Ronald Smart v. Walmart Inc., et al.* | Page | 2 of 2 |

IT IS SO ORDERED.